FILED

DEC 15 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____MM_____DEP CLK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION


Christopher C. Whigham,

Plaintiff,


v. Case No. 5:25-CV-745-D-RJ


Tans, Inc.,

Defendant.


MOTION FOR LEAVE TO FILE AMENDED COMPLAINT


I, Christopher C. Whigham, appearing pro se, respectfully move this Court for leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).


I seek to amend my complaint to:

1. Add new facts discovered after the removal of this case,

2. Add new legal claims,

3. Clarify and correct previously stated allegations, and

4. Present a more complete and accurate statement of the issues before the Court.


Under Rule 15(a)(2), leave to amend should be "freely given when justice so requires." My proposed amendments are made in good faith, are not futile, and will not unfairly prejudice Defendant.


A copy of my Proposed Amended Complaint is attached hereto as Exhibit A.


Respectfully submitted,

Christopher C. Whigham

213 Dover Road

Rocky Mount, NC 27804